

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00477-CV

Matthew D. **WHITMIRE**,
Appellant

v.

Joyce **GUERRA**, Vicky Barrow, Billie Harris and Rosalina Smith,
Appellees

From the 278th Judicial District Court, Walker County, Texas
Trial Court No. 26,139
Honorable Kenneth H. Keeling, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED January 22, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice